

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00210-CR

_____

JAMES PAUL CALVERT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR17-203

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Appellant James Paul Calvert was convicted of aggravated sexual assault of a child and was sentenced to life imprisonment. Calvert has appealed from that conviction and the resulting sentence. On February 11, 2019, Calvert's court-appointed appellate counsel, Clay Thomas, filed an *Anders*[1] brief, and on March 19, 2019, Calvert filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Calvert's access to the record.

To ensure that Calvert receives a complete copy of the appellate record in a timely manner, we instructed order our clerk's office to provide a complete copy of the appellate record to Calvert care of the Telford Unit in New Boston, Texas. Our clerk's office informs us that the record was mailed to Calvert on March 26, 2019. Allowing ten days for the record to be delivered to Calvert and giving Calvert thirty days to prepare his pro se response, we hereby set May 6, 2019, as the deadline for Calvert to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:      April 2, 2019

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).